UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID PRICE,
An individual

  Plaintiff,

vs.

ALL STATE FINANCIAL COMPANY,
A Domestic Corporation

  Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION

NO. 2:11-cv-02690

SECTION:  I (5)

## MOTION FOR MORE DEFINITE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes All State Financial Company, sought to be made defendant herein ("defendant"), who respectfully moves this Honorable Court, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure for entry of an Order requiring the plaintiff file a more definite statement of the Complaint [P-1], so that defendant may reasonably prepare and file a pleading responsive to the original Complaint, for the reasons more fully set out in the accompanying memorandum in support of this motion.

    Respectfully submitted,

    **HELLER, DRAPER,**
    **PATRICK & HORN, L.L.C.**


    s/Warren Horn
    **WARREN HORN (#14380)**
    650 Poydras Street, Suite 2500
    New Orleans, LA 70130-6103
    Telephone: (504) 299-3300
    **ATTORNEYS FOR ALL STATE**
    **FINANCIAL COMPANY, DEFENDANT**

322442-1

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been forwarded to all counsel of record by either hand delivery, electronic mail, fax transmission or by depositing a copy of the same, properly addressed and First Class postage prepaid, in the United States Mail on this 12th day of January, 2012.

s/Warren Horn
**WARREN HORN**

322442.01                                    2